# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMILLE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-13-662-M |
| | ) |
| THE STATE OF OKLAHOMA *ex rel.* | ) |
| BOARD OF REGENTS FOR THE | ) |
| UNIVERSITY OF OKLAHOMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is defendant's Motion to Strike, filed August 7, 2014. On August 22 and 26, 2014, plaintiff, who is proceeding *pro se*, filed her responses. Having carefully reviewed the parties' submissions, the Court GRANTS defendant's Motion to Strike [docket no. 51] and STRIKES the Webster University Family Educational Rights and Privacy Act (FERPA) [docket no. 45] and the Legal Representation Search [docket no. 46]. The Court would note that plaintiff is not precluded from attaching these documents, if appropriate, to any motions or responses she files in this case and is not precluded from listing these documents as exhibits, if appropriate.

**IT IS SO ORDERED this 4th day of September, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE