# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMILLE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-13-662-M |
| | ) |
| THE STATE OF OKLAHOMA ex rel. | ) |
| BOARD OF REGENTS FOR THE | ) |
| UNIVERSITY OF OKLAHOMA, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Having determined, by a separate order entered this date, that defendant the State of Oklahoma ex rel. Board of Regents for the University of Oklahoma is entitled to summary judgment, the Court hereby enters judgment in favor of defendant THE STATE OF OKLAHOMA ex rel. BOARD OF REGENTS FOR THE UNIVERSITY OF OKLAHOMA, and against plaintiff CAMILLE BROWN.

**Entered at Oklahoma City, Oklahoma this 24th day of August, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE